# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2229
_____

KENNETH JOHNSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

May 15, 2026

PER CURIAM.

   AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Johnson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.